**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **NEIL GILMOUR, III, SOLELY IN HIS CAPACITY AS TRUSTEE OF THE VICTORY MEDICAL CENTER LANDMARK UNSECURED CREDITORS' GRANTOR TRUST,** | § § § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 4:17-02714** |
| **HEALTHSMART BENEFIT SOLUTIONS, INC. AND HEALTHSMART CARE MANAGEMENT SOLUTIONS, LP,** | § § § § § | |
| **Defendants.** | § § | |

**DEFENDANTS HEALTHSMART BENEFIT SOLUTIONS, INC.,
AND HEALTHSMART CARE MANAGEMENT SOLUTIONS, LP'S,
NOTICE OF REMOVAL**

Defendants HealthSmart Benefit Solutions, Inc., and HealthSmart Care Management Solutions, LP, file this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446(a), because there is complete diversity between the parties and the amount in controversy exceeds $75,000.

1. Plaintiff is Neil Gilmour III, solely in his capacity as trustee of the Victory Medical Center Landmark Unsecured Creditor's Grantor Trust.

2. Plaintiff filed this suit in the District Court for Montgomery County, Texas, on June 2, 2017. Plaintiff brings causes of action for negligent misrepresentation and violations of Texas Insurance Code §§ 541.051, 541.052, 541.056, 541.060(a)(2)(A), 541.060(a)(3), 541.060(a)(7), and 542.046(a) alleging that Defendants negligently misrepresented

insurance coverage information and committed Texas Insurance Code violations related

to medical treatment rendered to a patient in San Antonio, Texas, in late August 2013.[1]

3. Defendants were served with the suit on August 9, 2017. Defendants file this Notice of

Removal within the 30-day time period required by 28 U.S.C. § 1446(b). *Bd. of Regents*

*of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).

4. Removal is proper because there is complete diversity between the parties. 28 U.S.C. §

1332(a); *Johnson v. Columbia Props. Anchorage, L.P.*, 437 F.3d 894, 899-900 (9th Cir.

2006). Plaintiff Neil Gilmour III is a citizen of Pennsylvania.[2] (For diversity purposes,

under the circumstances of this case the citizenship of the trustee Plaintiff is the state of

his citizenship. *See Bynane v. Bank of N.Y. Mellon*, 866 F.3d 351 (5th Cir. 2017).)

Defendants are citizens of Texas.[3] Additionally, according to Plaintiff's Original

Petition, the amount in controversy is $2,208,233.40, which far exceeds $75,000 as

required.[4] 28 U.S.C. § 1332(a); *Andrew v. E.I. du Pont de Nemours & Co.*, 447 F.3d 510,

514-15 (7th Cir. 2006).

5. Pursuant to 28 U.S.C. § 1446(a) and LR81, an index of matters being filed[5], copies of all

executed process[6], pleadings[7], orders[8], docket sheet[9], and list of all counsel of record[10]

are included and/or attached as exhibits to this Notice.

6. Venue is proper for removal purposes in the Southern District of Texas under 28 U.S.C. §

1441(a) because the 284th Judicial District Court of Montgomery County, Texas, the state

---

[1] *See* Plaintiff's Original Petition and Request for Disclosure at 3-12.
[2] http://www.gilmour-consulting.com/Contact_Us_1.html
[3] Affidavit of Braden Brown at ¶ 3 attached hereto as Exhibit A.
[4] Plaintiff's Original Petition and Request for Disclosure at 6-7 attached hereto as Exhibit A.
[5] Exhibit A.
[6] Exhibit B.
[7] Exhibits B, C.
[8] None.
[9] Exhibit D.
[10] Exhibit E.

court where the suit has been pending, is located in this district.

7.  Defendants will promptly file a copy of this Notice of Removal with the Montgomery County District Clerk.

8.  Defendants therefore ask the Court to accept the removal of this suit to the U.S. District Court for the Southern District of Texas.


Respectfully submitted,


By: _____

**ROBERT A. BRAGALONE**
So. Dist. No.: 351276
Texas State Bar No. 02855850
bbragalone@gordonrees.com
**COLLIN K. BRODRICK**
So. Dist. No.: 2182932
Texas State Bar No. 24087212
cbrodrick@gordonrees.com

**Attorneys for Defendants**
**HealthSmart Benefit Solutions, Inc. and**
**HealthSmart Care Management Solutions, LP**


**Of Counsel:**

**GORDON & REES**
**SCULLY MANSUKHANI, LLP**
2100 Ross Avenue, Suite 2800
Dallas, TX 75201
(214) 231-4660 (Telephone)
(214) 461-4053 (Facsimile)

## Certificate of Service

The undersigned certifies that a true and correct copy of the foregoing document was served via CM/ECF on September 8, 2017, on Plaintiff's attorney of record:

Jordin Nolan Kruse, Esq.
16826 Titan Drive
Houston, TX  77058
Phone: 281.480.4950
Fax: 281.480.1190
Email: jordinnkruse@gmail.com

**COLLIN K. BRODRICK**