United States District Court
Southern District of Texas
**ENTERED**
March 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NEIL GILMOUR, III, SOLELY IN HIS CAPACITY AS TRUSTEE OF THE VICTORY MEDICAL CENTER LANDMARK UNSECURED CREDITORS' GRANTOR TRUST,<br><br>Plaintiff.<br><br>VS.<br><br>HEALTHSMART BENEFIT SOLUTIONS, INC., ET AL.,<br><br>Defendants. | §§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 4:17–CV–02714 |

### FINAL JUDGMENT

Pursuant to the Court's Order Adopting Magistrate Judge's Memorandum and Recommendation, it is **ORDERED** that this matter is **DISMISSED**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will provide copies of this judgment to the parties.

SIGNED and ENTERED this 17th day of March, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE